No. 79–6535. WITHERS v. LEVINE, CORRECTION COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–6536. YOUNG v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 79–6541. SMITH v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 79–6542. O'HERN v. CHICAGO TYPOGRAPHICAL UNION No. 16 ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–6543. LeBLANC v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6544. SMITH v. COX, CORRECTIONAL SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 79–6545. GORDON v. REDMAN, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6548. HALL, ADMINISTRATRIX v. PARAMOUNT PICTURES CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–6549. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6550. MOSES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 79–6552. ALI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6553. MARS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.